**NOT FOR PUBLICATION WITHOUT THE**
**APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-2324-23

ATLANTIC NEUROSURGICAL
SPECIALISTS and ATLANTIC
SHORE SURGICAL ASSOCS., P.C.,

     Plaintiffs-Appellants,

v.

ANTHEM, INC., d/b/a ANTHEM BLUE
CROSS BLUE SHIELD, f/k/a
WELLPOINT, INC., ANTHEM INS.
COS., INC., d/b/a ANTHEM BLUE
CROSS BLUE SHIELD, ANTHEM
LIFE INS. d/b/a ANTHEM BLUE
CROSS AND BLUE SHIELD,
ANTHEM BLUE CROSS LIFE &
HEALTH INC. CO., BLUE CROSS OF
CALIFORNIA, d/b/a ANTHEM BLUE
CROSS, COMMUNITY INS. CO., d/b/a
ANTHEM BLUE CROSS BLUE
SHIELD, ANTHEM HEALTH PLANS
OF VIRGINIA, INC., d/b/a ANTHEM
BLUE CROSS AND BLUE SHIELD,
ANTHEM UM SERVS., INC., d/b/a
ANTHEM BLUE CROSS AND BLUE
SHIELD, HIGHMARK BLUE CROSS
BLUE SHIELD DELAWARE, a/k/a
HIGHMARK HEALTH INS. CO.,
SECURITAS SECURITY

SERVS., USA, INC., VERIZON, INC.,
a/k/a VERIZON BENEFITS ADMIN,
INC., a/k/a VERIZON N.J. INC., SIGNET
FIN. MGNT., LLC, CAMP SIX, INC.,
SIEMENS INDUS. INC., a/k/a SIEMENS
CORP., a/k/a SIEMENS FIN. SERVS.,
INC., and BAYER CORP.,

 Defendants,

and

SKANSKA USA INC., SKANSKA USA
BLDG. INC., PRIME HEALTHCARE
SERVS.-ST. MICHAEL'S, LLC, d/b/a
SAINT MICHAEL'S MEDICAL
CENTER, and PRIME HEALTH-CARE
SERVS.-ST. CLARE'S, LLC, d/b/a ST.
CLARE'S HEALTH, a/k/a St. CLARE'S
HOSP., INC.,

 Defendants-Respondents.

_____

Submitted May 20, 2025 – Decided May 27, 2025

Before Judges Gooden Brown and Smith.

On appeal from the Superior Court of New Jersey, Law Division, Morris County, Docket No. L-2172-21.

Mazie Slater Katz & Freeman, LLC, and Cohen Howard, LLP, attorneys for appellants (Eric D. Katz, of counsel; David M. Estes and Leslie S. Howard, on the briefs).

Littler Mendelson, PC, attorneys for respondents Skanska USA Inc. and Skanska USA, Bldg. Inc.

2

(Amber M. Spataro and Jennifer I. Fischer, on the brief).

Garfunkel Wild, PC, attorneys for respondents Prime Healthcare Services-St. Clare's, LLC and Prime Healthcare Services-St. Michael's, LLC (Steven D. Gorelick, on the brief).

PER CURIAM

We have been advised prior to argument that this matter has been amicably adjusted and the parties have stipulated to the dismissal of this appeal. Accordingly, the appeal is dismissed with prejudice and without costs.

I hereby certify that the foregoing is a true copy of the original on file in my office.

*M.C. Harley*

Clerk of the Appellate Division